Amir J. Goldstein, Esq. (SBN: 255620)
ajg@consumercounselgroup.com
The Law Offices of Amir J. Goldstein, Esq.
7304 Beverly Boulevard, Suite 212
Los Angeles, CA 90036
Tel 323.937.0400
Fax 866.288.9194

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHROOZ SABZEHROO,<br><br>         Plaintiff,<br><br>  v.<br><br>TRANS UNION, LLC, et al<br><br>         Defendants. | Case No.:  2:22-cv-835<br><br>**NOTICE OF SETTLEMENT, as to DEFENDANT TRANS UNION, LLC, only** |

**NOTICE IS HEREBY GIVEN** that the instant matter between the Plaintiff SHAHROOZ SABZEHROO and the Defendant TRANS UNION, LLC has been resolved.  Plaintiff anticipates filing a Stipulation of Dismissal, as to Defendant Trans Union, LLC, only, pursuant to Federal Rule of Civil Procedure 41(a)(1) within 30 days.  Plaintiff requests that the Court set a deadline of December 7, 2022 for filing a Stipulation of Dismissal.

Dated: November 7, 2022       Respectfully Submitted,

                         /s/ Amir J. Goldstein
                       Amir J. Goldstein
                       Attorney for Plaintiff