Amir J. Goldstein, Esq. (SBN: 255620)
ajg@consumercounselgroup.com
The Law Offices of Amir J. Goldstein, Esq.
7304 Beverly Boulevard, Suite 212
Los Angeles, CA 90036
Tel 323.937.0400
Fax 866.288.9194

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHROOZ SABZEHROO,<br><br>                      Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, et al<br><br>                      Defendants. | Case No.:  2:22-cv-00835<br><br>**NOTICE OF SETTLEMENT, as to DEFENDANT EQUIFAX INFORMATION SERVICES, LLC only** |

**NOTICE IS HEREBY GIVEN** that the instant matter between the Plaintiff SHAHROOZ SABZEHROO and the Defendant EQUIFAX INFORMATION SERVICES, LLC has been resolved.  Plaintiff anticipates filing a Stipulation of Dismissal, as to Defendant Equifax Information Services, LLC, only, pursuant to Federal Rule of Civil Procedure 41(a)(1) within 30 days. Plaintiff requests that the Court set a deadline of January 2, 2022 for filing a Stipulation of Dismissal.

Dated: December 2, 2022                Respectfully Submitted,

                                         /s/ Amir J. Goldstein
                                        Amir J. Goldstein
                                        Attorney for Plaintiff