JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHAHROOZ SABZEHROO,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:22-cv-00835-RSWL (RAOx)<br><br>Hon. Ronald S.W. Lew<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>Complaint filed: February 7, 2022 |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Plaintiff Shahrooz Sabzehroo's claims against Defendant Experian Information Solutions, Inc. are dismissed with prejudice. Each party shall bear its own attorneys' fees and costs incurred herein.

Dated: March 16, 2023

                                            */S/ RONALD S.W. LEW*
                                            HON. RONALD S.W. LEW
                                            United States District Judge